```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA


ANTHONY J. BURRIOLA, MARLA A. POLSON,   )   3:08-CV-00149-ECR-RAM
                                        )
     Plaintiffs,                        )
                                        )   MINUTES OF THE COURT
vs.                                     )
                                        )   July 13, 2009
STATE OF NEVADA, et al.,                )
                                        )
     Defendants.                        )
_____)

PRESENT:      EDWARD C. REED, JR.                 U. S. DISTRICT JUDGE

Deputy Clerk:      COLLEEN LARSEN      Reporter:      NONE APPEARING

Counsel for Plaintiff(s)                          NONE APPEARING

Counsel for Defendant(s)                          NONE APPEARING
```

MINUTE ORDER IN CHAMBERS

On May 7, 2008, the Magistrate Judge filed a Report and Recommendation (#52). On June 24, 2008, Plaintiff Anthony J. Burriola filed Objections (#56) to the Report and Recommendation (#52). The Objections (#56) are without merit.

**IT IS, THEREFORE, HEREBY ORDERED** that the Report and Recommendation (#52) of the Magistrate Judge is **APPROVED** and **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendants' Motion for Partial Dismissal (#27) is **GRANTED** in part and **DENIED** in part as follows:

- Plaintiff Polson is **DISMISSED** from the complaint without prejudice.

- The Motion to Dismiss Counts 3, 6, and 9 based on the failure to exhaust administrative remedies is **GRANTED** without prejudice.

- The Motion to Dismiss the claims arising under NRS §§ 197.200 and 200.571 in Counts 1, 2, 4, 5, 7, and 8 is **GRANTED** with prejudice.

- The Motion to Dismiss the claims arising under NRS § 200.575 in Counts 4, 5, and 7 is **GRANTED** with prejudice.

- The Motion to Dismiss the claims arising under NRS § 233B in Counts 1, 2, 4, 5, and 8 is **GRANTED** with prejudice.

- The Motion to Dismiss the claim arising under NRS § 200.2483 in Count 8 is **GRANTED** with prejudice.

- The Motion to Dismiss the claims arising under Article I, Sections 2 and 10 of the Nevada Constitution in Counts 1, 2, 4, 5, 7, and 8 is **GRANTED** with prejudice.

- The Motion to Dismiss the claims arising under the Sixth Amendment of the U. S. Constitution in Counts 2, 4, 5, 7, and 8 is **GRANTED** with prejudice.

- The Motion to Dismiss the claims arising under the Eighth Amendment and Article I, Section 6, of the Nevada Constitution in Counts 1 and 2 is **GRANTED** with prejudice.

- The Motion to Dismiss the claims arising under the Fourteenth Amendment in Count 4 is **GRANTED** with prejudice.

```
                                        LANCE S. WILSON, CLERK

                                        By       /s/
                                             Deputy Clerk
```