UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

ANTHONY J. BURRIOLA,                    )    3:08-CV-00149-ECR-RAM
                                        )
    Plaintiff,                          )
                                        )    MINUTES OF THE COURT
vs.                                     )
                                        )    Date: June 21, 2010
STATE OF NEVADA, et al.,                )
                                        )
    Defendants.                         )
_____)

PRESENT:     EDWARD C. REED, JR.                      U. S. DISTRICT JUDGE

Deputy Clerk:     COLLEEN LARSEN     Reporter:     NONE APPEARING

Counsel for Plaintiff(s) _____ NONE APPEARING _____

Counsel for Defendant(s) _____ NONE APPEARING _____

MINUTE ORDER IN CHAMBERS

    Plaintiff has filed a Motion for Reconsideration (#106) of our Order (#104), which we issued on June 4, 2010.  The basis for the Motion (#106) is the circumstance that Plaintiff's Reply (#105) to Defendants' Response (#103) to Plaintiff's Objections (#102) to the Magistrate Judge's Order (#100) was not filed until after the Court had ruled (Order #104) on Plaintiff's Objections (#102).

    Under the local rules, reply points and authorities are due no later than eleven (11) days after service of the response.  Local Rule 7-2(c).  Thus, taking into account the additional three days provided by Fed. R. Civ. P. 6(d), Plaintiff's Reply (#105) was due no later than June 3, 2010.  Plaintiff's Reply (#105) was not filed until June 10, 2010.  As such, the Reply was not filed timely.  Moreover, the arguments raised in the Reply (#105) do not alter our analysis.

    **IT IS, THEREFORE, HEREBY ORDERED** that the Motion for Reconsideration (#106) is **DENIED**.

LANCE S. WILSON, CLERK

By _____/s/_____
       Deputy Clerk